[No. 47928-8-I.   Division One.   May 5, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT DURALL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-03969-4, Deborah D. Fleck, J., entered October 9, 2000. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Becker, C.J., and Baker, J.

[No. 49028-1-I.   Division One.   May 5, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. GAYLON LEE THIEFAULT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-00167-6, Ronald L. Castleberry, J., entered August 10, 2001. *Reversed* by unpublished opinion per Ellington, J., concurred in by Agid and Schindler, JJ.

[No. 49207-1-I.   Division One.   May 5, 2003.]

JEFFREY D. THOMAS, *on the relation of Save Our Shorelines, Appellant*, v. SOUND TRANSIT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-16841-1, Palmer Robinson, J., entered August 3, 2001. *Affirmed* by unpublished opinion per Baker, J., concurred in by Becker, C.J., and Coleman, J.

[No. 49529-1-I.   Division One.   May 5, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ANLOUESHAWN BADY, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 00-1-05771-3, Cheryl B. Carey, J., entered November 9 and 13, 2001. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Ellington, J., concurred in by Becker, C.J., and Appelwick, J.